UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>DEVIN B. THOMPSON<br>VELENCIA L. THOMPSON<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-33031<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the Motion of the Movant, PHH Mortgage Corporation, the Court having jurisdiction and being advised in the premises, and due notice having been given:
IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow PHH Mortgage Corporation to foreclose the mortgage on the property located at: 2706 West 84th Street, Chicago, IL 60652.
2. That any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to PHH Mortgage Corporation in connection with the subject real property are withdrawn as to any unpaid portion thereof for the purposes of these proceedings only.
3. ~~That Federal Bankruptcy Rule 4001(a)(3) is not applicable and PHH Mortgage Corporation may immediately implement and enforce this order granting relief from the automatic stay.~~ *JC*

Enter:

*J. Cox*  Jacqueline P. Cox
United States Bankruptcy Judge

Dated: JUN 16 2014

**Prepared by:**
Ross Brand  ARDC #6294886
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Jill A. Luetkenhaus ARDC# 6299380
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-045642

Rev: 20130103_bko